## Register of Actions

| **Filed by Plaintiff/Petitioner** | | **Case Number:** 2021CV030622 | | **Division:** 2 |
|---|---|---|---|---|
| **Filed by Defendant/Respondent** | | **Case Type:** Breach of Contract | | **Judicial Officer:** Andrew Hartman |
| **Filed by Court** | | **Case Caption:** Tardif, Eric v. Martin, Christopher | | **Court Location:** Boulder County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| C7FB26604E93D | 09/02/2021 9:59 AM | Teresa D Locke | The Locke Law Firm PC | Eric Tardif | Return of Service | Return of Service (Served on Christopher Martin on 09/01/2021 by ICCES electronic service) | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 1 (Return) | Protected |
| 8ADBDF3D9873B | 08/26/2021 9:45 PM | Teresa D Locke | The Locke Law Firm PC | Eric Tardif | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Christopher Martin | Defendant | Active | N/A |
| Eric Tardif | Plaintiff | Active | TERESA D LOCKE (The Locke Law Firm PC) |

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 – 6th Street<br>Boulder, CO  80302 | DATE FILED: September 2, 2021 9:59 AM<br>FILING ID: C7FB26604E93D<br>CASE NUMBER: 2021CV30622<br><br>**Court Use Only** |
| **ERIC TARDIF, Plaintiff**<br><br>v.<br><br>**CHRISTOPHER MARTIN, Defendant** | |
| Attorney for Plaintiff:<br>Teresa Locke, #26148<br>The Locke Law Firm, PC<br>1624 Market Street, Suite 202<br>Denver, CO  80202<br>Phone:  303-668-7284    Email: teresa@lockelawyers.com | Case Number: 21CV30622<br><br>Div.: 2    Ctrm.: |
| **SUBMISSION OF RETURN OF SERVICE** | |

   Plaintiff Eric Tardif, Inc., by and through counsel, respectfully submits herewith as **Exhibit 1** a copy of the Return of Service on Defendant Christopher Martin.

   Dated:  September 2, 2021.

                                                       Respectfully submitted,

                                                       s/ Teresa D. Locke
                                                       Teresa Locke, #26148
                                                       **ATTORNEY FOR PLAINTIFF**

-2-

### CERTIFICATE OF SERVICE

      I certify that on September 2, 2021, I served a copy of the foregoing document to the following by

☐    U.S. Mail, postage prepaid
☐    Hand Delivery
☐    Fax
☒    Electronic Service by ICCES

Christopher Martin
5495 Parkford Circle
Granite Bay, CA  95746

                                          /s/ Teresa Locke