UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02439-NRN

ERIC TARDIF, an individual,

    Plaintiff,

v.

CHRISTOPHER MARTIN, an individual,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Eric Tardif and Defendant Christopher Martin have reached an agreement to resolve all claims asserted by the parties in this case. The parties request that the Court maintain this case as administratively closed until all conditions of the settlement have been fulfilled, which will occur no later than December 31, 2022. The parties will file dismissal papers within ten days of the fulfillment of all settlement terms.

Dated:  April 14, 2022

          *s/Jacob A. Rey*
          Carolyn J. Fairless
          Jacob A. Rey
          Wheeler Trigg O'Donnell LLP
          370 Seventeenth Street, Suite 4500
          Denver, CO 80202
          Telephone:  303.244.1800
          Facsimile:   303.244.1879
          Email:   fairless@wtotrial.com
                    rey@wtotrial.com

*Attorneys for Plaintiff Eric Tardif*

Dated:  April 14, 2022

          *s/Tracy L. Ashmore*
          Tracy L. Ashmore
          Robinson Waters & O'Dorisio, P.C.
          1099 18th Street, Suite 2600
          Denver, CO 80202
          Telephone:  303.297.2600
          Facsimile:   303.297.2750
          Email:   tashmore@rwolaw.com

*Attorney for Defendant Christopher Martin*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on April 14, 2022, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Tracy L. Ashmore**
  tashmore@rwolaw.com, hstahl@rwolaw.com

- **Carolyn J. Fairless**    fairless@wtotrial.com, egan@wtotrial.com, sun@wtotrial.com

- **Jacob A. Rey**    rey@wtotrial.com, christman@wtotrial.com

*s/Jacob A. Rey*