UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02439-NRN

ERIC TARDIF, an individual,

       Plaintiff,

v.

CHRISTOPHER MARTIN, an individual,

       Defendant.

## NOTICE OF DISMISSAL

On April 14, 2022, Plaintiff Eric Tardif and Defendant Christopher Martin filed a Joint Notice of Settlement, which advised this Court that the parties have reached an agreement to resolve all claims asserted by the parties in this case and requested that the Court maintain the case as administratively closed until the payment conditions of the settlement have been fulfilled. (ECF No. 51.) On April 15, 2022, the Court ordered the parties to file dismissal papers or a status report on or before December 31, 2022. (ECF No. 52.)

The payment conditions of the settlement have now been fulfilled. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eric Tardif dismisses all claims and this action with prejudice, with each party to bear his own attorney's fees and costs.

Dated:  December 9, 2022.                    Respectfully submitted,


                                             *s/Jacob A. Rey*
                                             Carolyn J. Fairless
                                             Jacob A. Rey
                                             Wheeler Trigg O'Donnell LLP
                                             370 Seventeenth Street, Suite 4500
                                             Denver, CO 80202
                                             Telephone:  303.244.1800
                                             Facsimile:   303.244.1879
                                             Email:   fairless@wtotrial.com
                                                      rey@wtotrial.com

                                             Attorneys for Plaintiff Eric Tardif

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on December 9, 2022, I electronically filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Tracy L. Ashmore**
  tashmore@rwolaw.com, hstahl@rwolaw.com

- **Carolyn J. Fairless**     fairless@wtotrial.com, egan@wtotrial.com, sun@wtotrial.com

- **Jacob A. Rey**    rey@wtotrial.com, christman@wtotrial.com


*s/ Julie Christman for Jacob A. Rey*